**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-2322**

———————

REGINA WASHINGTON,

Plaintiff - Appellant,

versus

KENNETH S. APFEL, COMMISSIONER OF SOCIAL SECURITY,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore.  William G. Connelly, Magistrate Judge. (CA-98-2455-AMD)

———————

Submitted:  December 22, 1999       Decided:  January 20, 2000

———————

Before WIDENER, WILKINS, and WILLIAMS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Regina Washington, Appellant Pro Se.  Douglas James Cohen, SOCIAL SECURITY ADMINISTRATION, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Regina Washington appeals from the magistrate judge's order[1] granting summary judgment to the Commissioner of Social Security on her claim for disability benefits. Having reviewed the administrative record, we find that substantial evidence supported the Administrative Law Judge's decision denying benefits. See <u>Hays v. Sullivan</u>, 907 F.2d 1453, 1456 (4th Cir. 1990). Accordingly, we affirm on the reasoning of the magistrate judge. See <u>Washington v. Apfel</u>, No. CA-98-2455-AMD (D. Md. Aug. 19, 1999).[2] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[1] The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c)(1) (1994).

[2] Although the district court's order is dated August 18, 1999, the district court's records show that it was entered on the docket sheet on August 19, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was physically entered on the docket sheet that we take as the effective date of the district court's decision. See <u>Wilson v. Murray</u>, 806 F.2d 1232, 1234-35 (4th Cir. 1986).